UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No. 04-094ML
:
JUAN C. RENTA :

FILED
MAY 31 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GOVERNMENT'S MOTION TO CONTINUE

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney, and hereby moves this Honorable Court for a continuance of the defendant's sentencing date from June 2, 2005 to a date on or after June 20, 2005. The grounds for the government's request are as follows:

1. The government and the defendant need the additional time to attempt resolve certain sentencing issues;

2. The ends of justice served by the granting of the requested continuance outweigh the best interest of the public and the defendant in a speedy trial; and,

Granted.
Mary M. Lisi
USDJ 5/31/05

3. The defendant, through counsel, does not object to the government's continuance motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

CERTIFICATION

I hereby certify that on the 31st day of May, 2005, I sent by facsimile transmission a true copy of the within Government's Motion to Timothy J. Morgan, Esquire, 33 College Hill Road, Suite 15G, Warwick, Rhode Island (fax no. 401-826-0444).