UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 04-094ML** **DATE: June 29, 2005**

**TITLE: USA v. Juan Renta**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

**IN COURT**

---

**COUNSEL PRESENT: [illegible] G. Dambruch [illegible] Govt**
**[illegible] - for [illegible]**
**Denn[illegible]**

**PROCEEDINGS: Sentencing Hearing**

**No objections to the PSR. Court addresses govt's motion under seal. Counsel make their sentencing recommendations. Court imposes sentence as to the one Count of the Indictment: 48 mos' imprisonment; following by 5 yrs' supervised release. Special condition of s/r: deft shall participate in Probation-approved substance-abuse treatment program, to include periodic testing [up to 72 drug tests per year]. $100.00 special assessment; no fine is imposed. Deft is advised of his right of appeal. Deft is remanded.**