PROB.22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)

Docket No. 1:04CR00094-001

DOCKET NUMBER (Rec. Court)

08 CR 10230

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Juan Renta
Boston, Massachusetts

DISTRICT: Rhode Island

DIVISION: Providence

NAME OF SENTENCING JUDGE

Honorable Mary M. Lisi
Chief U.S. District Judge

| DATES OF PROBATION / SUPERVISED RELEASE | FROM: | TO: |
|---|---|---|
| | October 27, 2007 | October 26, 2012 |

OFFENSE

Distribution in Excess of Five Grams of Cocaine Base

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

July 31, 2008
*Date*

*Mary M. Lisi*
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/31/08
*Date*

*United States District Judge*

I hereby certify on 8/5/08 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☑ original filed in my office on 7/31/08
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Deputy Clerk